

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2021

No. 04-20-00393-CV

**SEGUNDO NAVARRO DRILLING, LTD**., Lewis Petro Properties, Inc. and BP America
Production Company,
Appellants

v.

**JUAN SALINAS RANCH, LTD.,**
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2013CV7000614D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

Appellee's Motion for Extension of Time is hereby GRANTED IN PART. The
Appellee's Brief is due February 15, 2021.

It is so **ORDERED** on January 28, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court